MICHAEL J. MCCUE (SBN: 296425)
Email: MMcCue@LRRLaw.com
AARON D. JOHNSON (SBN: 261747)
Email: ADJohnson@LRRLaw.com
Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8200 (Tel.)
(702) 949-8398 (Fax)

STEPHEN Y. MA (SBN: 214998)
Email: sma@earlysullivan.com
Early Sullivan Wright Gizer and McRae LLP
6420 Wilshire Boulevard 17th Floor
Los Angeles, California 90048
(323) 301-4660 (Tel.)
(323) 301-4676 (Fax)

*Attorneys for Plaintiff*
*NNG, Kft.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NNG, Kft., a Hungarian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AVA ENTERPRISES, INC., a California corporation, dba Boss Audio Systems,<br><br>Defendant. | Case No.: CV 14-00220-ODW(AJW)<br><br>**PLAINTIFF'S APPLICATION FOR PERMISSION TO FILE THE SUPPLEMENTAL MEMORANDUM REGARDING MOTIONS TO COMPEL, DECLARATION OF AARON D. JOHNSON AND EXHIBITS UNDER SEAL** |

Plaintiff NNG, Kft. ("Plaintiff") hereby requests that the Court grant permission, pursuant to Local Rule 79-5.1, for Plaintiff to file under seal its supplemental memorandum regarding Plaintiff and Defendant's motions to compel as well as the supporting declaration and accompanying exhibits.

Plaintiff served requests for the production of documents on July 1, 2015. (Ex. 1, Declaration of Aaron D. Johnson In Support of Application to Seal ("Johnson Decl.") ¶ 3.) The Parties stipulated to a Protective Order on November 21, 2014, and filed it with the Court that day (Docket Number 26). The protective

order provides that material designated "Confidential" or "Confidential – Outside Counsel's Eyes Only" cannot be disclosed to the public. *Id.* Defendant AVA Enterprises, Inc. d/b/a Boss Audio Systems ("Defendant") supplemented its document productions on May 16, 2015, with 13,687 pages of documents. (Johnson Decl. ¶ 3.) All the documents were initially designated "CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY." (*Id.* ¶ 4.)

Plaintiff's counsel asked Defendant to remove the confidential designation. (Ex. A to Johnson Decl.) Defendant refused. (Ex. B to Johnson Decl.) Defendant eventually down-designated a few documents – only those that contain direct correspondence with Plaintiff itself – but only to "Confidential" and none of those documents are relevant in the motion at issue.

Documents within the 13,687 pages of documents are relevant to Plaintiff's supplemental memorandum regarding the Parties' motions to compel. A discussion of their content within the memorandum is also necessary for the Court's understanding of the Parties' discovery dispute.

Therefore, Plaintiff hereby requests that it be permitted to file the supplemental memorandum regarding the Parties' motions to compel, the supporting Declaration of Aaron D. Johnson and the accompanying exhibits under seal, so as to maintain the confidentiality. A declaration in support of this application to seal is attached as Exhibit 1. The supplemental memorandum to be sealed is attached as Exhibit 2. The declaration and exhibits supporting the supplemental memorandum are attached as Exhibit 3. The proposed order is attached as Exhibit 4.

Dated: June 8, 2015.                          Respectfully submitted,


By: /s/ Aaron D. Johnson
MICHAEL J. MCCUE
AARON D. JOHNSON

2

Lewis Roca Rothgerber LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

STEPHEN Y. MA
Early Sullivan Wright Gizer and McRae LLP
6420 Wilshire Boulevard 17th Floor
Los Angeles, CA 90048

*Attorneys for Plaintiff NNG, Kft.*