# Exhibit 2

(Supplemental Memorandum to be filed under seal)